**SODW**
DANE M. WATSON, ESQ.
Nevada Bar No. 13982
BENSON & BINGHAM
11441 Allerton Park Drive., Suite 100
Las Vegas, NV 89135
(702) 600-6000, telephone
(702) 382-9798, facsimile
litigate@bensonbingham.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CONRAD POSTON, | Case No.: 2:25-cv-01199-APG-EJY |
| Plaintiff, | |
| vs. | |
| FUTURE MOTION, INC.; DOES 1 through 10; and ROE BUSINESS ENTITIES 1 through 10, inclusive, | |
| Defendants. | |

## **STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by and between the parties through their attorneys of records that the above-entitled action be remanded back to the Eighth Judicial District Court.

DATED this 11th day of August, 2025.          DATED this 11th day of August, 2025.

Benson & Bingham                                              Skane Mills, LLP

 /s/ *Dane Watson*                      .          /s/Sarai L. Brown, Esq._____
Dane M. Watson, Esq.                                  Sarai L. Brown, Esq.
Nevada Bar No. 13982                                 Nevada Bar No. 11067
11441 Allerton Park Drive, Ste 100             1120 Town Center Drive, Suite 200
Las Vegas, NV 89135                                   Las Vegas, NV 89144
Attorney for Plaintiff                                      Attorney for Defendants

1

214063

*Poston v. Future Motion, Inc*
2:25-cv-01199-EJY

**ORDER**

IT IS ORDERED that the above-entitled action be remanded to the Eighth Judicial District Court.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED: August 13, 2025

Respectfully submitted by:
BENSON & BINGHAM

 /s/ *Dane Watson*                .
DANE M. WATSON, ESQ.
Nevada Bar No. 13982
Attorney for Plaintiff

2

214063